**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDRES TOBAR,

    Plaintiff,

v.                                             Case No: 8:14-cv-1418-T-24MAP

LVNV FUNDING LLC, LAW OFFICES
OF ANDREU, PALMA & ANDREU, P.L.,
HAYT, HAYT & LANDAU, P.L. and
ALEGIS GROUP LLC,

    Defendants.

## ORDER

This cause comes before the Court upon Plaintiff Andres Tobar's Unopposed Motion to Dismiss with Prejudice as to All Defendants (Dkt. 14). Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with the parties to bear their respective costs and attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of February, 2015

                                                            SUSAN C. BUCKLEW
                                                            United States District Judge

Copies To: Counsel of Record and Parties